## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GRAND APIZZA SHORELINE, INC.     :
     :     Civ. No.:
     Plaintiff,     :
     :
**v.**     :
     :
AJ'S APIZZA, LLC d/b/a GRAND APIZZA     :
DEEP RIVER     :
     :
     Defendant.     :     APRIL 29, 2020

## <u>COMPLAINT</u>

### Nature of the Action

1.    Grand Apizza Shoreline, Inc. owns and operates three successful New Haven-style apizza restaurants along the Connecticut shoreline in the towns of Guilford, Madison, and Clinton, and is owned and operated by Michael Nuzzo, who has family roots in the New Haven-style apizza business going back to New Haven in the 1950s.

2.    Michael has been successfully carrying on the family apizza tradition for more than 25 years. But, as they say, success breeds imitation.

3.    Now, AJ's Apizza LLC ("AJ's Apizza"), which has no connection to Grand Apizza Shoreline or the Nuzzo family, is seeking to exploit the success and goodwill of Grand Apizza Shoreline, and has opened a pizza restaurant called Grand Apizza Deep River less than eight miles from the Grand Apizza Shoreline restaurant in Clinton.

4.    More than just copying the Grand Apizza name, Grand Apizza Deep River has copied the menu, and has actively taken steps to suggest a connection to the successful Grand Apizza Shoreline where there is none.

{N5682021}

5.      Not surprisingly, this is causing significant customer confusion, and is continuing to cause significant damage and irreparable harm to Grand Apizza Shoreline.

6.      Therefore, this is an action for damages and injunctive relief for claims of copyright infringement arising under the Copyright Act, 17 U.S.C. § 501; trademark infringement, false designation of origin, false or misleading descriptions of fact, or false or misleading representations of fact, arising under the Lanham Act, 15 U.S.C. § 1125; unfair and deceptive trade practices arising under the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110g; and unfair competition arising under Connecticut common law.

## Jurisdiction and Venue

7.      This Court has subject matter jurisdiction over this action under 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338 & 1367.

8.      This Court has personal jurisdiction over AJ's Apizza because AJ's Apizza is a Connecticut domestic limited liability company.

9.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 & 1400.

## Parties

10.      Grand Apizza Shoreline, Inc. is a Connecticut corporation with a business address of 9 East Main Street, Clinton, Connecticut 06413.

11.      AJ's Apizza, LLC is a Connecticut limited liability company with a business address of 126 Oakley Street, New Haven, Connecticut 06513 that was organized in 2016.

## Common Facts

**Grand Apizza Shoreline**

12.      Fred Nuzzo opened the first Grand Apizza on Grand Street in New Haven, Connecticut in 1955. Grand Apizza is a part of New Haven's rich history of world class, New

Haven-style apizza restaurants.

13.     Fred's brother owned Modern Apizza in New Haven starting in the 1950's.

14.     Before opening Grand Apizza, Fred learned the apizza business working at Modern Apizza with his brother.

15.     Fred's sons continued the family tradition and learned the apizza business working in Grand Apizza in New Haven, including Fred's son, Michael Nuzzo.

16.     Michael worked with his father in the original Grand Apizza until Michael branched off in 1993 with his father's blessing to start Grand Apizza Shoreline in Clinton, Connecticut.

17.     Grand Apizza Shoreline used the same recipes and maintained the same high quality as the original Grand Apizza, and Grand Apizza Shoreline continues to use those same recipes to this day.

18.     Grand Apizza Shoreline was so successful in Clinton that it opened two more Grand Apizza restaurants, Grand Apizza Madison in 2014, and Grand Apizza Guilford in 2015, each of which maintains the same high quality that earned Grand Apizza Shoreline its success.

19.     Through a commitment to serving authentic New Haven-style apizza with the highest quality ingredients, the three restaurants have developed a substantial amount of goodwill as evident by the number of awards and accolades the restaurants have earned.

20.     Due to this reputation for excellence, Grand Apizza Shoreline has a loyal customer base along the Connecticut shoreline and beyond, including regular customers in the towns of Branford, Guilford, Madison, Clinton, Westbrook, Killingworth, Deep River, Old Saybrook, and Essex. Some customers even come from as far away as Rhode Island due to the outstanding reputation of the apizza.

{N5682021}                                             3

**Grand Apizza Deep River—The Imitator**

21.     In or around February 2020, AJ's Apizza opened a pizza restaurant at 497 Winthrop Road, Deep River, Connecticut, called "Grand Apizza Deep River."

22.     Grand Apizza Deep River is located less than eight miles from Grand Apizza Shoreline in Clinton.

23.     Although the owners of AJ's Apizza have no connection to Grand Apizza Shoreline, AJ's Apizza immediately began suggesting a connection between Grand Apizza Deep River and Grand Apizza Shoreline.

24.     For example, Grand Apizza Deep River touts on its menu that it was "Established in 1955" and that it is a "A family owned business serving the community for over 60 years." A copy of the Grand Apizza Deep River menu, which was posted on the Grand Apizza Deep River Facebook page, is attached here to as Exhibit A.

25.     Both of these statements are false. AJ's Apizza was not even organized until 2016, and the owners of AJ's Apizza have no connection to the original Grand Apizza in New Haven, Fred Nuzzo, Michael Nuzzo, or Grand Apizza Shoreline.

26.     Despite this, AJ's Apizza has the following picture of Fred Nuzzo prominently displayed in the dining room of its Grand Apizza Deep River restaurant:



27. The Grand Apizza Deep River menu is also copied from and substantially similar to Grand Apizza Shoreline's menu. A copy of the Grand Apizza Shoreline menu is attached hereto as Exhibit B.

28. By way of example, Grand Apizza Shoreline offer's gourmet apizza suggestions including the "Grand Apizza Special" topped with "Mozzarella, Sausage, Bacon, Onions, Peppers, Pepperoni & Mushrooms," and the "Freddy's Four Cheese" topped with "Mozzarella, Provolone, American & Grated Pecorino Romano."

29. The Grand Apizza Deep River menu also lists some "House Specials" including the "Grande Special" topped with "Mozz[arella], Peppers, Onions, Bacon, Mushrooms, Sausage & Pepperoni," and the "Freddy's Four Cheeses" topped with "Mozz[arella], Provolone, American & Grated Romano."

30. The Grand Apizza Deep River catering menu also shares striking similarities to the Grand Apizza Shoreline catering menu.

31.     For example, below on the left is the Grand Apizza Shoreline logo displayed on the top of its catering menu, and on the right is logo displayed on the top of the Grand Apizza Deep River catering menu:



32.     Not surprisingly, after Grand Apizza Deep River opened, a wave of customer confusion followed.

33.     For example, on March 3, 2020, Grand Apizza Shoreline posted the following message on its Facebook page:



**Grand Apizza Shoreline**
March 3 at 11:25 AM · 🌐

Today we celebrate 65 years of Grand Apizza. Today we honor Fred Nuzzo, for opening the doors in 1955 and creating an establishment filled with passion, family, and Apizza. We are proud to be able to continue his legacy on the Shoreline in Clinton, Madison, and Guilford, and want to thank every one of our customers for allowing us to continue to do so. Thank you for supporting small business, we couldn't have done it without you all!

👍❤️ 75                                              25 Comments

34.     In response to that post, Jocelynn Nicole Allen posted the following comment:



**Jocelynn Nicole Allen** Do you own the one in Deep River as well?!? The menus are so similar and they posted 65 years too??!

2w

35.     At least as early as March 10, 2020, Kimberly Smith posted on Grand Apizza

Deep River Facebook page:



**Kimberly Smith**
Upon looking at the menu, I can't help but notice that it's identical word for word to the menu from Grand Apizza in Clinton. Are you one and the same? Anxious to give you a try!

18h    Like    Reply

36.     In addition, Grand Apizza Shoreline has received numerous calls from confused

customers trying to order from Grand Apizza Deep River, or asking about the new Grand Apizza

Deep River.

37.     Some customers have even come to Grand Apizza Shoreline to pick up orders for

pizza made at Grand Apizza Deep River, and vice versa.

38.     This customer confusion has been ongoing since Grand Apizza Deep River

opened and has not abated.

39.     Because the confusion is so significant, Grand Apizza Shoreline added a

disclaimer to its radio advertising about the lack of a connection between Grand Apizza

Shoreline and Grand Apizza Deep River.

## Count I—Copyright Infringement

40.      Grand Apizza Shoreline incorporates the allegations of paragraphs 1-39 as if set forth fully herein.

41.      Grand Apizza Shoreline's menu, attached hereto as Exhibit B, is an original work fixed in a tangible medium of expression, and Grand Apizza Shoreline is the sole owner of a U.S. Copyright Registration to the work.

42.      AJ's Apizza has copied this protected work, and has produced, reproduced, prepared derivative works based upon, distributed, and publicly displayed Grand Apizza Shoreline's protected work without Grand Apizza Shoreline's consent.

43.      AJ's Apizza's acts violate Grand Apizza Shoreline's exclusive copyrights under the Copyright Act, 17 U.S.C. §§ 106 & 501.

44.      AJ's Apizza's infringement has been willful, intentional, and purposeful, in disregard of and indifferent to Grand Apizza Shoreline's rights.

45.      Because of AJ's Apizza's infringing acts, Grand Apizza Shoreline is entitled to its actual damages and defendant's profits as provided under 17 U.S.C. §§ 504(a) & (b).

46.      Alternatively, Grand Apizza Shoreline is entitled to the maximum statutory damages of $150,000 for each act of infringement, or such other amounts as may be proper under 17 U.S.C. § 504(c).

47.      Grand Apizza is further entitled to its attorneys' fees and full costs as provided under 17 U.S.C. § 505.

48.      AJ's Apizza conduct is causing, and unless restrained, will continue to cause Grand Apizza Shoreline irreparable harm for which Grand Apizza Shoreline has no adequate remedy at law, and Grand Apizza Shoreline is entitled to preliminary and permanent injunctive

relief.

## Count II—Violation of Section 43(a) of the Lanham Act

49.     Grand Apizza Shoreline incorporates the allegations of paragraphs 1-39 as if set forth fully herein.

50.     AJ's Apizza's use of the name Grand Apizza Deep River, use of the Grand Apizza Shoreline logo, and its other false and misleading statements and suggestions are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of AJ's Apizza with Grand Apizza Shoreline, or as to the origin, sponsorship, or approval of AJ's Apizza's goods, or commercial activities by Grand Apizza Shoreline, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

51.     Grand Apizza Shoreline is entitled AJ Pizza's profits, Grand Apizza Shoreline's damages, and the costs of the action, as well as reasonable attorneys' fees as provided under 15 U.S.C. § 1117.

52.     AJ's Apizza conduct is causing, and unless restrained, will continue to cause Grand Apizza Shoreline irreparable harm for which Grand Apizza Shoreline has no adequate remedy at law, and Grand Apizza Shoreline is entitled to preliminary and permanent injunctive relief.

## Count III—Violation of CUTPA

53.     Grand Apizza Shoreline incorporates the allegations of paragraphs 1-39 as if set forth fully herein.

54.     AJ's Apizza's foregoing acts are unfair methods of competition and unfair or deceptive acts or practices.

55.     Grand Apizza Shoreline has and will continue to suffer an ascertainable loss of

money or property as a result of AJ's Apizza's unfair methods of competition and unfair or deceptive acts or practices.

56.    Grand Apizza Shoreline is entitled to recover its actual damages, as well as punitive damages, costs, and reasonable attorneys' fees.

57.    AJ's Apizza conduct is causing, and unless restrained, will continue to cause Grand Apizza Shoreline irreparable harm for which Grand Apizza Shoreline has no adequate remedy at law, and Grand Apizza Shoreline is entitled to preliminary and permanent injunctive relief.

### Count IV—Common Law Unfair Competition

58.    Grand Apizza Shoreline incorporates the allegations of paragraphs 1-39 as if set forth fully herein.

59.    AJ's Apizza has intentionally adopted the confusingly similar name Grand Apizza Deep River, copied the Grand Apizza Shoreline logo, made false representations, and engaged in other misleading and deceptive conduct to deceive and mislead the public about the relationship between Grand Apizza Deep River and Grand Apizza Shoreline.

60.    Grand Apizza Shoreline is entitled to its actual damages for these unfair methods of competition.

61.    In addition, because AJ's Apizza's conduct is malicious and wanton, Grand Apizza Shoreline is entitled to common law punitive damages.

62.    AJ's Apizza conduct is causing, and unless restrained, will continue to cause Grand Apizza Shoreline irreparable harm for which Grand Apizza Shoreline has no adequate remedy at law, and Grand Apizza Shoreline is entitled to preliminary and permanent injunctive relief.

**Prayer for Relief**

WHEREFORE, Grand Apizza Shoreline requests that the Court enter judgment against the defendant and prays for the following relief:

1.      An order impounding any and all materials that are substantially similar to, and/or infringing of, Grand Apizza Shoreline's protected works pursuant to 17 U.S.C. § 503;

2.      An order to destroy any and all materials that that are substantially similar to, and/or infringing of Grand Apizza Shoreline's protected works pursuant to 17 U.S.C. § 503;

3.      A preliminary and permanent order that AJ's Apizza cease using any materials that are substantially similar to Grand Apizza Shoreline's protected works;

4.      A preliminary and permanent order that AJ's Apizza cease using the name Grand Apizza Deep River and/or any other name incorporating the name "Grand Apizza";

5.      A preliminary and permanent order that AJ's Apizza cease making false statements about its relationship to the original Grand Apizza, Fred Nuzzo, Grand Apizza Shoreline, Grand Apizza Guilford, Grand Apizza Madison, and/or Michael Nuzzo;

6.      An order that AJ's Apizza provide corrective advertising notifying consumers that AJ's Apizza is not connected, affiliated, or associated with Grand Apizza Shoreline in any manner, and that AJ's Apizza's goods and services do not originate with, are not sponsored by, and are not promoted by, Grand Apizza Shoreline in any manner;

7.      Actual damages;

8.      Defendant's profits pursuant to 17 U.S.C. § 504, and/or 15 U.S.C. § 1117;

9.      Statutory damages pursuant to 17 U.S.C. § 504;

10.      Reasonable attorneys' fees pursuant to 17 U.S.C. § 505, 15 U.S.C. § 1117, and/or Conn. Gen. Stat. 42-110g;

11.     Punitive damages pursuant to Conn. Gen. Stat. § 42-110g;

12.     Common-law punitive damages;

13.     Costs;

14.     Pre- and post-judgment interest;

15.     Such other and further relief as the Court may deem just and proper under the circumstances.

Dated: April 29, 2020                    THE PLAINTIFF,
                                         GRAND APIZZA SHORELINE, INC.


                                         /s/ Fatima Lahnin
                                         Fatima Lahnin
                                         Federal Bar No. ct24096
                                         Damian K. Gunningsmith
                                         Federal Bar No. ct29430
                                         Carmody Torrance Sandak & Hennessey LLP
                                         195 Church Street
                                         P.O. Box 1950
                                         New Haven, CT 06509-1950
                                         Tel.: (203) 777-5501
                                         Fax: (203) 784-3199
                                         flahnin@carmodylaw.com
                                         dgunningsmith@carmodylaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GRAND APIZZA SHORELINE, INC.          :
                                      :          Civ. No.:
        Plaintiff,                    :
                                      :
                                      :
v.                                    :
                                      :
                                      :
AJ'S APIZZA, LLC d/b/a GRAND APIZZA   :
DEEP RIVER                            :
                                      :
        Defendant.                    :          APRIL 29, 2020

## VERIFICATION

I hereby certify that the factual allegations in the Verified Complaint are true and

accurate to the best of my knowledge and belief.

Signed and dated at Clinton, Connecticut this 29th day April, 2020.

GRAND APIZZA SHORELINE, INC.

By:    _____

Michael Nuzzo
President, Grand Apizza Shoreline, Inc.

{N5552172}

# EXHIBIT A

10:31



**GrandApizza's Post**



3

1 Comment

10:31 

### GrandApizza's Post

## *Grande Beginnings*

| | |
|---|---|
| *Fried Mozzarella* | 5.00 |
| *New York Calamari* | 10.50 |
| *Calamari* | 9.00 |
| *French Fries* | 2.95 |
| *Fried Dough w/ sauce & Grated Cheese* | 5.00 |
| *Fried Dough w/ Mozzarella* | 5.50 |
| *Fried Shrimp (Any Style)* | 9.95 |

| | *1/2 Loaf* | *Whole* |
|---|---|---|
| *Garlic Bread* | 2.50 | 3.50 |
| *Garlic Bread w/ Mozzarella* | 3.00 | 4.50 |
| *Garlic Bread w/ Sliced tomato* | 3.25 | 5.65 |
| *Grated Romano & Basil* | | |

| | *3 Pieces* | *6 Pieces* |
|---|---|---|
| *Chicken Tenders* | 4.95 | 8.50 |
| *Buffalo Chicken Tenders* | 5.25 | 8.95 |

| | *10 Pieces* | *20 pieces* |
|---|---|---|
| *Hot Wings* | 9.50 | 18.50 |

## *Soups*

*Pasta Fagioli, Escarole & Beans, Soup of the day*
*Pint...4.95*

## *Sauces*

*Tomato, Marinara, Vodka*
*Pint...4.95*

## *Salads*

| | *Small* | *Large* |
|---|---|---|
| *Garden Salad* | 4.00 | 6.00 |
| *Antipasto* | 6.75 | 8.75 |
| *Chef Salad* | | 8.95 |
| *Grilled Chicken Salad* | | 8.95 |
| *Crab Salad* | | 8.95 |
| *Tuna Salad* | | 8.95 |
| *Meatball Salad* | | 8.95 |

## *Dressings*

*Italian, Balsamic Vinegar,*
*Parmigiana Pepper Corn, Creamy Caesar, Blue Cheese, Ranch*

*Extra Dressing (add 1.50)*

10:31 

GrandApizza's Post

| | Small | Large |
|---|---|---|
| | 9.50 | 11.50 |
| Plain (Mozzarella & Ricotta) | 10.75 | 13.75 |
| One of the Following: | | |
| Ham, Sausage, Meatball, Pepperoni | | |
| Spinach, Broccoli, Mushroom | | |
| Each Additional Item | 1.75 | 2.25 |
| Extra Sauce | 1.50 | |

## Overstuffed Breads
### All Our Breads are made to order - 10.95 each

| | | |
|---|---|---|
| Spinach | Pepperoni & Provolone | Chicken Florentine |
| Spinach, Sausage & Pepperoni | Eggplant Parmesan | Chicken Cordon Bleu |
| Broccoli | Steak & Cheese | Chicken & Roasted Peppers |
| Broccoli & Sausage | Roasted Pepper & Provolone | Chicken Marsala |
| Sausage Mozzarella | Broccoli Rabe | Ham, Cheese & Sliced Tomato |
| Buffalo Chicken | | |

*Side Sauce w/breads $1.50 extra*

## Cold Grinders

| | | |
|---|---|---|
| **Turkey** | 7.95 | **Italian Combo:** 8.50 |
| w/ Lettuce & Tomato | | Ham, salami, Cheese, Lettuce & Tomato |
| **Ham & Cheese** | 7.95 | |
| w/ Lettuce & Tomato | | **Deluxe Italian Combo:** 9.25 |
| **Salami & Provolone** | 7.95 | Ham, Salami, Pepperoni, Cheese, Lettuce, |
| w/ Lettuce & Tomato | | Tomato, Onion, olives & |
| **Tuna** | 7.95 | Roasted peppers |
| w/ Lettuce, Tomato & Mayonnaise | | **The Veggie:** 9.25 |
| **Crab Meat** | 7.95 | Broccoli, Onion Olives, Roasted Peppers, |
| w/ Lettuce, Tomato & Mayonnaise | | Mushroom, Lettuce, Tomato & Mozzarella |

*Wraps Available 8.50*

## Hot Grinders
### All Made with your Choice of Amerian, Provolone, or Mozzarella

| | | | |
|---|---|---|---|
| Sausage | 7.95 | Grilled Chicken w/ L & T | 8.50 |
| Meatball | 7.95 | Chicken Parmigiana | 8.50 |
| Sausage & Peppers | 7.95 | Chicken Cutlet w/ L & T | 8.50 |
| Meatball & Sausage | 8.50 | Chicken & Roasted Peppers | 8.95 |
| Sausage & Broccoli Rabe | 8.50 | w/ Provolone & Balsamic Vinegar | |
| Eggplant Parmigiana | 7.95 | Chicken w/ Ham & Cheese | 8.95 |
| Cheeseburger Sub | 8.50 | Tuna Melt | 8.50 |
| Steak & Cheese | 8.95 | w/ lettuce, tomato, Onion & cheese | |
| Steak w/ the works | 10.50 | Hot Crab in Garlic Butter | 8.50 |
| (Mushroom, peppers, onions, L & T ) | | 1/2 Sub | 6.95 |

## Party of 6 or more may be subject to a 20% gratuity charge

## Apizza

| | Sausage Mushrooms | | | Pepperoni Onions | | | Meatball Peppers | Bacon Olives | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | Sm.12" | Med. 16" | Lg.18" | | | | | Sm. | Med. | Lg. |
|---|---|---|---|---|---|---|---|---|---|---|
| Plain Grated cheese & sauce | 7.00 | 10.50 | 12.50 | | | | | | | |
| Mozzarella | 7.50 | 11.50 | 13.75 | Escarole & beans | 10.70 | 17.25 | 20.50 | | | |
| Mozzarella w/ 1 of the above | 8.95 | 13.95 | 17.65 | | | | | | | |
| Mozzarella w/ 2 of the above | 9.95 | 14.95 | 18.95 | Artichoke hearts | 10.70 | 17.25 | 20.50 | | | |

## House Specials

| | Sm. | Med. | Lg. |
|---|---|---|---|
| Hawaliian Special Mozz. pineapple, with choice of Ham or bacon | 10.70 | 17.25 | 20.50 |
| Freddy's Four Cheeses Mozz., Provolone, American & Grated Romano | 10.70 | 17.25 | 20.50 |
| Buffalo or BBQ chicken | 10.70 | 17.25 | 20.50 |
| Roasted Peppers w/Mozz. Spinach, Broccoli | 10.95 | 16.95 | 21.95 |
| The Pella Tomato sauce, Grated Romano Olives, Sliced Tomato, Garlic Vinegar | 9.25 | 14.95 | 18.50 |
| The Garden Mozz. Sliced tomato, Onion Bacon, Garlic & balsamic Vinegar | 11.75 | 18.00 | 21.95 |
| Fresca Mozz. Sliced Tomato, Eggplant Garlic & Basil (White or Red) | 11.75 | 18.00 | 21.95 |
| Pesto Light Mozz. Pesto, Sliced Tomato & Grated Romano | 11.75 | 18.00 | 21.95 |
| Margarita White Pizza With Mozzarella, Sliced Tomato, Garlic & Basil | 9.25 | 14.95 | 18.95 |
| Broccoli Rabe | 10.50 | 15.95 | 21.50 |
| Vodka Sauce w/ Chicken | 13.00 | 18.50 | 25.00 |
| Mash Potato Bacon | 13.00 | 19.50 | 25.00 |

| Roasted Peppers & Onions | 11.75 | 18.00 | 21.95 |
|---|---|---|---|
| Clams Casino w/ Mozz, Clams, Peppers bacon & Garlic | 13.50 | 18.50 | 25.95 |
| Shrimp Scampi w/ Mozz, Shrimp, & Garlic | 13.50 | 18.50 | 25.95 |
| Shrimp Florentine w/mozz, shrimp, spinach & garlic | 13.75 | 18.75 | 26.25 |
| Clams | 12.50 | 17.25 | 24.50 |
| Crab *Imitation Crab Meat* | 10.50 | 15.95 | 21.50 |
| Grande Special w/Mozz, Peppers, Onions, Bacon Mushrooms, sausage & pepperoni | 11.75 | 18.00 | 21.95 |
| Grande Veggie w/Mozz, Mushrooms, Broccoli Eggplant, Olives & Peppers | 11.75 | 18.00 | 21.95 |
| Broccol | 10.70 | 17.25 | 20.50 |
| Spinach | 10.70 | 17.25 | 20.50 |
| Chicken | 10.70 | 17.25 | 20.50 |
| Meatlovers | 11.75 | 18.00 | 23.00 |

| | | | |
|---|---|---|---|
| Extra Mozzarella | 1.75 | 2.25 | 2.75 |
| Double Dough | 1.75 | 2.25 | 2.75 |
| Sicilian | 1.75 | 2.25 | 2.75 |
| Ricotta | 3.00 | 4.00 | 5.00 |
| Hot Oil | 2.00 | 3.00 | 4.00 |

*Have it Our Way Or Design Your own*

### Gluten Free Pizza (12 in)
### Available Upon Request additional $6.00
*Any Salad Dressing W/ Pizza $1.50 extra*

10:31

**GrandApizza's Post**

## Pasta Choices

Linguine, Penne, Cappellini
or
Add 2.00
Gnocchi, Tortellini Cavatelle

| Baked Ziti | 12.95 |
| Ricotta add 2.00 | 12.50 |
| Ravioli | 12.50 |
| Stuffed Shells | 12.50 |
| Manicotti | 12.50 |

Served W/ Salad & Bread
With Meatballs or Sausage
Add 2.50

## Sauce Choices

| Marinara Sauce | 12.50 |
| Italian seasoned sauce | |
| Garlic & Oil | 12.50 |
| Roasted & minced garlic in olive oil | |
| Fria Diavolo | 12.50 |
| Hot & Spicy or white sauce | |
| Meat Sauce | 12.50 |
| Red sauce with chopped sirloin | |
| Italian Sausage | 12.50 |
| Red sauce w/ sweet Italian sausage | |
| Meatball | 12.50 |
| Red sauce w/ our homemade meatballs | |
| Alfredo | 13.50 |
| Rich, white cream sauce, Add 1.00 for broccoli | |
| Pesto | 13.50 |
| Fresh basil, olive oil, pine nuts & parmesan cheese | |
| Penne ala Vodka | 13.50 |
| Vodka Cream Sauce | |

Add Chicken to any dish $4.00
Served w/ Salad & Bread

## Other House Specialties

Sausage, Peppers,
Mushrooms & Mozz.
13.50

Penne w/ Roasted Peppers
& Artichokes
14.50

Penne w/ broccoli
13.50

Lobster Ravioli w/
Vodka Sauce (8)
16.95

Penne w/ Rabe &
Sausage 16.95

Pasta Primavera
Fresh Seasonal Vegetables
Sauteed oil with garlic and or
marinara with your choice of
pasta
$14.50

## Side Orders

| Meatball or Sausage | 6.00 |
| Spaghetti or Penne | 5.50 |
| Broccoli Rabe | 8.95 |
| Broccoli Rabe w/ sausage | 10.95 |

## For the Kids

| Chicken (3) & Fries | 8.50 |
| Penne & Meatballs | 7.50 |
| Fried Dough | 5.00 |

## Taxes Not Included

 2

 Like       Comment       Share

10:31

# GrandApizza's Post

👍😮 3                                              1 Comment

👍 Like          💬 Comment          ↪ Share

## Pollo
### (Chicken)

**Francese**                                    14.95
Sautéed in a delicate white wine & lemon sauce

**Parmegiana**                                  14.95
Thin cutlets lightly breaded & baked with red
sauce & three cheeses

**Marsala**                                     14.95
Sautéed in a marsala demi-glace w/ fresh mushrooms

**Florentine**                                  14.95
Francese topped with spinach

**Sorrentino**                                  15.95
Thin chicken cutlets lightly breaded & baked with
red sauce, four cheeses & layered with eggplant

**Saltimbonca Prosciutto**   15.95
Brown Sauce

**Comes with your choice of
Linguine, Angel Hair, Penne
and Bread**

## Pesce
### (Seafood)

**Fried Calamari**                              16.95
Over linguine marinara

**Shrimp Fra Diavola**                          16.95
Sautéed in a hot & spicy marinara sauce
over linguine

**Shrimp Parmegiana**                           16.95
breaded & baked with marinara sauce
& three cheeses

**Zuppa di Pesce**                              25.95
Whole clams, calamari scallops, & shrimp
sautéed together in your choice of white wine
garlic or marinara sauce

**Pasta and Shrimp**                            16.95
Red or White Sauce

**Pasta**                                       16.95
With fresh whole clams
Red or White Sauce

## Melanzane
### (Eggplant)

**Parmegiana**                                  14.95
Thin cutlets lightly breaded & baked with red
sauce & three cheeses

**Rollatine**                                   15.95
Breaded cutlets rolled with ricotta
& Mozzarella then baked with tomato
sauce and three cheeses
w/ Spinach

**Comes with your choice of Linguine, Angel Hair, Penne and Bread**

# EXHIBIT B



## New Haven Style Pizza Since 1955



Madison  Clinton  Guilford

Pizza Restaurant and Catering
A family owned business, serving local communities for over 60 years.
From our dining room to yours.

**OPEN FOR LUNCH AND DINNER**
**EAT IN OR TAKE OUT**

**Sunday: 2:00 pm to close**
**Monday: 3:00 pm to close**
**Tuesday to Saturday: 11:00 am to close**

**Delivery 7 days a week**

No credit cards are accepted.
For your convenience, an ATM is located in the restaurant.

# GRAND APIZZA SHORELINE

9 East Main Street

Clinton, CT

## 860.669.1204
**www.grandapizza.com**

# GRAND BEGINNINGS

| | |
|---|---|
| **F**RIED MOZZARELLA | 7.95 |
| EGGPLANT ROLATINI | 8.50 |

Spinach & provolone rolled, baked & topped with tomato sauce & mozzarella

| | |
|---|---|
| BROCCOLI RABE & SAUSAGE | 8.50 |
| HALF STUFFED BREAD with one item (each additional item add 1.25) | 6.25 |
| FRIED DOUGH with sauce & grated cheese | 4.75 |
| FRIED DOUGH with sauce, grated cheese & mozzarella | 5.50 |
| FRENCH FRIES | 3.75 |
| EGGPLANT FRIES with marinara sauce | 4.75 |
| FRIED RAVIOLI | 7.95 |
| CHICKEN NUGGETS | 5.50 |

| | 3 pieces | 6 pieces |
|---|---|---|
| CHICKEN TENDERS | 4.75 | 8.50 |
| BUFFALO or BBQ CHICKEN TENDERS | 5.75 | 9.50 |

| | 6 pieces | 10 pieces | 20 pieces |
|---|---|---|---|
| BUFFALO WINGS | 6.25 | 8.50 | 13.95 |

| | 1/2 loaf | whole loaf |
|---|---|---|
| GARLIC BREAD | 3.00 | 4.75 |
| GARLIC BREAD with mozzarella | 3.95 | 5.95 |
| BRUSCHETTA BREAD | | 5.50 |

with chopped tomato, basil, garlic, parsley, olive oil & mozzarella

# SOUPS

PASTA FAGIOLI or ESCAROLE & BEANS
5.95

# SALADS

Dressings: Lite Raspberry Vinaigrette, Balsamic Vinegar, Olive Oil, French, Creamy Italian,
Parmesan Peppercorn, Honey Mustard, Chunky Blue Cheese (add .75)  Extra Dressing (add .75)

| | Small | Large |
|---|---|---|
| GARDEN SALAD | 5.75 | 9.00 |
| ANTIPASTO | 9.50 | 13.00 |
| CHEF SALAD | 7.75 | 10.75 |
| GRILLED CHICKEN SALAD | 8.50 | 11.95 |
| GRILLED CHICKEN DELUXE with bacon & mozzarella | 9.50 | 13.00 |
| CRAB SALAD (imitation) | 7.00 | 10.95 |
| TUNA FISH SALAD | 7.00 | 10.95 |
| CAESAR SALAD | 6.65 | 10.95 |
| CAESAR SALAD with chicken | 8.65 | 12.95 |
| CAPRESE SALAD | 7.00 | 10.95 |

# BEVERAGES

Foxon Park Funtain Soda: Birch Beer, Gassosa, Kola, Diet Kola, Pink Lemonade, Iced Tea
Small  1.50  Large  2.25  Pitcher  4.50
Foxon Park Soda: Bottle 2.25  Quart 3.50
Bottled Water, Apple Juice, Coffee or Tea: 1.50
Beer and Wine available by the glass or bottle.  Ask your server for details.

# APIZZA - TRADITIONAL NAPOLETANA STYLE

Anchovies, Artichokes, Bacon, Broccoli, Eggplant, Escarole, Spinach, Mushrooms
Hot Cherry Peppers, Banana Peppers, Roasted Red Peppers, Peppers,
Olives, Onions, Pineapple, Ricotta, Pepperoni, Sausage, Meatballs, Ham

**EACH ITEM** is an additional charge, regardless if ordered with a 1/2 or whole pizza, pricing noted below

|  | **Small** | **Medium** | **Large** |
|---|---|---|---|
|  | (8 slices) | (10 slices) | (12 slices) |
| PLAIN (Grated cheese & sauce) | 7.75 | 10.50 | 12.25 |
| MOZZARELLA | 8.45 | 11.75 | 13.75 |
| Mozzarella + 1 of the above | 10.75 | 14.25 | 16.75 |
| Mozzarella + 2 of the above | 11.75 | 16.60 | 19.00 |
| Mozzarella + 3 of the above | 12.75 | 18.00 | 20.25 |

### LOVE OUR DOUGH? BRING SOME HOME FOR ONLY 2.75

| | Small | Medium | Large |
|---|---|---|---|
| ADDITIONAL CHARGE PER ITEM | 1.50 | 2.00 | 2.25 |
| EXTRA MOZZARELLA | 1.50 | 2.00 | 2.25 |
| FRESH BASIL | 1.00 | 1.00 | 1.00 |
| GARLIC | 1.00 | 1.00 | 1.00 |
| DOUBLE DOUGH | 1.50 | 2.00 | 2.25 |

## GOURMET APIZZA SUGGESTIONS

*Have it our way or create your own. "Gourmet" splits will be priced accordingly.*

|  | **Small** | **Medium** | **Large** |
|---|---|---|---|
| GRAND APIZZA SPECIAL | 14.25 | 20.25 | 22.25 |
| Mozzarella, Sausage, Bacon, Onions, Peppers, Pepperoni & Mushrooms | | | |
| VEGGIE SPECIAL | 14.25 | 20.25 | 22.25 |
| Mozzarella, Broccoli, Spinach, Eggplant, Black Olives, Garlic & Mushrooms | | | |
| GARDEN APIZZA | 12.75 | 17.50 | 19.50 |
| Mozzarella, Tomatoes, Onions, Garlic, Basil, Olive oil & Balsamic Vinegar | | | |
| THE MARGHERITA APIZZA (Red or White) | 10.75 | 15.50 | 18.00 |
| Mozzarella, Fresh Tomatoes, Basil & Garlic | | | |
| MOZZARELLA, EGGPLANT, RICOTTA (Red or White) | 11.75 | 16.60 | 19.00 |
| MOZZARELLA, CHICKEN, MUSHROOMS (Red or White) | 12.75 | 17.25 | 20.50 |
| MOZZARELLA, ARTICHOKE (Red or White) | 12.75 | 18.00 | 20.25 |
| Roasted Peppers & Olives | | | |
| MOZZARELLA, ESCAROLE & BEAN (White) | 12.00 | 17.25 | 19.75 |
| MOZZARELLA, SPAGHETTI & MEATBALLS | 11.75 | 16.60 | 19.00 |
| MOZZARELLA & CHICKEN (Red or White) | 11.50 | 15.25 | 18.25 |
| MOZZARELLA, BUFFALO or BBQ CHICKEN (Red or White) | 12.50 | 16.50 | 19.75 |
| HAWAIIAN SPECIAL | 11.75 | 17.00 | 19.25 |
| Mozzarella, Pineapple with a choice of Ham or Bacon | | | |
| PESTO DELIGHT | 11.75 | 16.60 | 19.00 |
| Mozzarella & Pesto | | | |
| BROCCOLI RABE, SAUSAGE & MOZZARELLA (Red or White) | 12.00 | 17.25 | 19.75 |
| FRESCA | 11.75 | 16.60 | 19.00 |
| Mozzarella, Fresh Tomato & Eggplant (Red or White) | | | |
| MASHED POTATO & BACON | 11.75 | 16.60 | 19.00 |
| FREDDY'S FOUR CHEESE | 11.50 | 15.25 | 18.00 |
| Mozzarella, Provolone, American & Grated Pecorino Romano | | | |
| SHRIMP FLORENTINE | 13.25 | 18.95 | 23.95 |
| Mozzarella, Shrimp, Spinach, White Wine, Garlic & Lemon | | | |
| SHRIMP SCAMPI (Red or White) | 11.75 | 17.00 | 20.75 |
| Mozzarella, Shrimp & Garlic | | | |
| MOZZARELLA & CRABMEAT | 10.50 | 14.50 | 17.25 |
| MOZZARELLA & CLAMS (Red or White) | 11.25 | 15.00 | 18.25 |
| CLAMS CASINO (Red or White) | 13.75 | 18.75 | 21.75 |
| Mozzarella, Clams, Bacon, Peppers & Garlic | | | |
| SEAFOOD LOVER'S DELIGHT (Red or White) | 15.50 | 21.50 | 27.50 |
| Mozzarella, Clams, Crab & Shrimp | | | |

## 12" Gluten Free Pizza Crust is Available

# CALZONES

|  | Small | Large |
|---|---|---|
| PLAIN (mozzarella & ricotta) | 9.50 | 13.00 |
| WITH ONE OF THE FOLLOWING: | 11.00 | 14.75 |

Ham, Sausage, Meatball, Chicken, Pepperoni. Spinach, Broccoli, Mushroom,
Eggplant, Onion, Fresh Tomato, Roasted Peppers, Banana Peppers or Pineapple

| EACH ADDITIONAL ITEM | 1.50 | 1.75 |
|---|---|---|
| EXTRA SAUCE | 1.00 | 1.00 |

# OVERSTUFFED BREADS

All Our Breads Are Made To Order With Mozzarella and Garlic
Each Additional Item Add 1.25

| | | | |
|---|---|---|---|
| SPINACH | 8.50 | PEPPERONI | 8.50 |
| SPINACH & SAUSAGE | 9.50 | EGGPLANT | 8.50 |
| BROCCOLI | 8.50 | CHICKEN & ROASTED PEPPERS | 10.00 |
| BROCCOLI & SAUSAGE | 9.50 | BUFFALO CHICKEN | 9.50 |
| BROCCOLI RABE & SAUSAGE | 10.50 | CHICKEN PARMIGIANA | 9.50 |
| SAUSAGE | 8.50 | STEAK & CHEESE | 11.00 |
| MEATBALL PARMIGIANA | 9.00 | STEAK BOMB | 13.50 |
| FRESH TOMATO & EGGPLANT | 9.50 | Mushrooms, Onions & Peppers | |
| HAM | 8.50 | STROMBOLI | 11.00 |
| HAM & SLICED TOMATO | 9.50 | Ham, Peppers & Pepperoni | |

# GRINDERS

Made With Your **Choice** of American, Provolone or Mozzarella Cheese
Each Additional Item Add .75

| | | | |
|---|---|---|---|
| VEGGIE BOMB | 8.00 | BUFFALO CHICKEN | 8.00 |
| Provolone, Broccoli, Onions, Olives, | | Blue Cheese Dressing, Lettuce & Cheese | |
| Roasted Peppers, Lettuce & Tomato | | HOT CRAB Garlic & Butter (Imitation) | 8.00 |
| MEATBALL | 7.55 | PEPPER & EGGS | 6.50 |
| SAUSAGE | 7.55 | TURKEY BOMB | 8.25 |
| SAUSAGE & PEPPERS | 8.00 | Smoked Turkey, Roasted Red Peppers, | |
| MEATBALL & SAUSAGE | 8.50 | Red onions, Tomatoes, Melted Provolone, | |
| BROCCOLI RABE & SAUSAGE | 8.25 | Balsamic Vinegar & Olive Oil | |
| EGGPLANT PARMIGIANA | 7.55 | GENOA SALAMI | 7.55 |
| STEAK & CHEESE | 8.00 | Lettuce, Tomatoes & Cheese | |
| Lettuce & Tomatoes | | HAM | 7.55 |
| STEAK WITH THE WORKS | 9.25 | Lettuce, Tomatoes & Cheese | |
| Onions, Mushrooms & Peppers | | SMOKED TURKEY | 7.55 |
| CHICKEN PARMIGIANA | 8.00 | Lettuce, Tomatoes & Cheese | |
| CHICKEN CUTLET | 8.00 | ITALIAN COMBO | 7.95 |
| Lettuce, Tomatoes & Cheese | | Ham, Salami, Lettuce, Tomatoes & Cheese | |
| CHICKEN & ROASTED PEPPERS | 8.50 | DELUXE ITALIAN COMBO | 9.50 |
| Provolone & Balsamic Vinegar | | Ham, Salami, Pepperoni, Lettuce, | |
| TUNA MELT | 8.00 | Onions, Olives & Roasted Peppers | |
| Lettuce, Tomatoes, Onions & Cheese | | | |



Menu prices do not include CT sales tax.
Sorry, No credit cards are accepted.  Cash Only.

# DINNERS

All Dinners served with Salad and Bread

SPAGHETTI With Meatball or Sausage ................................................................... 10.75

SPAGHETTI & CLAMS in Red or White Sauce ...................................................... 13.75

SPAGHETTI & SHRIMP in Red or White Sauce ..................................................... 15.95

PENNE ALLA VODKA................................................................................. 12.50
With Chicken add 2.00, With Shrimp add 4.50 or With Meatball or Sausage add 2.00

RAVIOLI...................................................................................................... 11.75
With Meatball or Sausage                                                                                  13.75

LASAGNA...................................................................................................... 12.95

BAKED STUFFED RIGATONI...................................................................... 10.75
With Meatball or Sausage                                                                                  12.75

STUFFED SHELLS OR MANICOTTI.............................................................. 11.50
With Meatball or Sausage                                                                                  13.50

BAKED ZITI................................................................................................... 11.00
With Meatball or Sausage                                                                                  13.00

ZITI with Broccoli in Red or White Sauce.................................................. 11.00
With Chicken or Sausage                                                                                     13.50

ZITI with Artichoke & Roasted Peppers in Red or White Sauce............................ 12.50

BROCCOLI RABE & SAUSAGE Over Spaghetti or Ziti in White Sauce.................... 13.95

EGGPLANT PARMIGIANA.......................................................................... 12.95
With a Side of Pasta                                                                                          15.95

STUFFED EGGPLANT WITH RICOTTA........................................................ 13.95

SAUSAGE, PEPPERS & MUSHROOMS Over Spaghetti or Ziti.......................... 12.95

CHICKEN PARMIGIANA On a Bed of Spaghetti........................................... 13.95

CHICKEN MARSALA With a Side of Pasta..................................................... 15.75

CHICKEN FLORENTINE With a Side of Pasta................................................ 15.75

## SIDE ORDERS

| Meatball or Sausage | 4.50 | Spaghetti or Ziti | 4.00 |
| Italian Bread 1/2 Loaf | 1.50 | Italian Bread Whole Loaf | 2.50 |

## DESSERT

| CHOCOLATE CHIP CANNOLI | 3.00 |
| FRIED DOUGH With Powdered Sugar | 4.75 |
| FRIED DOUGH With Cinnamon & Apples | 7.00 |

# GRAND APIZZA

New Haven Style Apizza Since 1955

Grand Apizza founder, Frederick Nuzzo, a WWII fighter pilot, started making pizza in 1948 when he started working for his brother, Nicholas who owned Modern APizza in New Haven, CT.  In 1955, after nearly a decade working alongside his brother, Fred opened the doors to his own Grand Apizza in a Fair Haven, CT neighborhood.

Fred and Rosemarie Nuzzo ran the original restaurant for 50 years on Grand Avenue in Fair Haven.  They built a successful business by word of mouth, not by advertising, and their pizzeria became known as a wholesome, great gathering place in town.  Fred was also known as the "go-to guy" who was very supportive of local schools, churches and little league events in the community.  Fred was a modest man that never bragged about anything... except his children and he worked almost every day until he was over 75 years old.

Today, his son Mike Nuzzo continues to carry on his father's legacy by owning and operating three successful Grand Apizza locations in Clinton, Madison and Guilford, Connecticut. Today, his sons Michael and Christopher are starting to learn the business from their dad, just as Fred taught Mike when he started.

From .50 cents for a small pizza in 1955 and three generations of making pizza, the Nuzzo Family is proud to celebrate over 60 years in business and we look forward to serving you!

Fred and Rosemarie Nuzzo



**Proudly serving you at
three delicious locations:**

GUILFORD
381 Boston Post Road
203.533.7255

CLINTON
9 East Main Street
860.669.1204

MADISON
734 Boston Post Road
203.245.8438

*We also cater holiday gatherings & parties!*

**Visit us online at:
www.GrandApizza.com**



Mike Nuzzo with his sons Mike, Jr. and Christopher