UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GRAND APIZZA SHORELINE, INC.** : | CASE NO. 3:20-cv-00604-SRU | |
| Plaintiff, : | | |
| v. : | | |
| **AJ'S APIZZA, LLC** : | | |
| Defendant. : | MAY 22, 2020 | |

### INITIAL MOTION FOR EXTENSION OF TIME
### TO PLEAD – ON CONSENT

In accordance with the provisions of Rule 6(b)(1)(A) and 81(c)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 7(b), Defendant AJ'S Apizza, LLC hereby moves for an initial twenty one-day extension of time from May 27, 2020 until June 17, 2020, within which to file an answer or other motion addressed to the Complaint, and Plaintiff's motion for preliminary injunction.

The undersigned counsel requires this additional time to review and evaluate the facts asserted in the verified complaint, review the somewhat voluminous documentation and confer with his client's representatives. Additionally, the parties hereto through their respective counsel are actively discussing the possible resolution of this matter and would like to explore same prior to incurring the time and expense of responding to the pending pleadings. This extension is also sought due to the necessity of the Defendant attempting to ascertain whether there is applicable insurance coverage relating to this action and the current difficult logistics including, but not limited to, the stay-at-home advisories brought about by the COVID-19 crisis. It is thus respectfully submitted that good cause, therefore, exists for the granting of this motion.

The undersigned counsel has contacted Plaintiff's counsel about this requested extension of time and has obtained Plaintiff's counsel's consent to the motion.

Defendant AJ's Apizza, LLC has filed no previous motion for extension of time with respect to the subject time limitations.

In accordance with Local Civil Rule 7(b)(3), this motion is filed more than three days before the deadline sought to be extended.

**AJ's APIZZA, LLC**

By: /s/ David C. Pite
David C. Pite ct03495
Pite Law Office LLC
1948 Chapel Street
New Haven, CT 06515
Tel.: (203) 782-0503
Fax: (203) 389-8344
Email: pite@snet.net

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. I also certify a copy was served this date on counsel for Plaintiff Grand Apizza Shoreline, Inc. Fatima Lahnin, Esq. and Damian K. Gunningsmith, Esq., Carmody Torrance Sandak &Hennessey,195 Church Street, New Haven, CT 06509-1950, flahnin@carmodylaw.com and dgunningsmith@carmodylaw.com, by email and first class mail, postage prepaid.

                                                /s/ David C. Pite
                                              David C. Pite ct03495