UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRAND APIZZA SHORELINE, INC. | : | CASE NO. 3:20-CV-00604-SRU |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AJ'S APIZZA, LLC | : | |
| Defendant. | : | JUNE 16, 2020 |

## SECOND MOTION FOR EXTENSION
## OF TIME TO PLEAD – ON CONSENT

In accordance with the provisions of the Federal Rules of Civil Procedure and our Local Civil Rules, defendant AJ's Apizza, LLC hereby moves for its second extension of time from June 17, 2020 until July 10, 2020 within which to file an answer or other motion addressed to the complaint.

The undersigned counsel requires this additional time to thoroughly respond to the facts asserted in the verified complaint and confer again with his client's representatives regarding same and ascertain what defenses may be applicable and whether counterclaims exist. Additionally, the parties hereto through their respective counsel are still actively discussing the possible resolution of this matter and would like to continue to explore same prior to incurring substantially more time and expense responding to the verified complaint. This extension is also sought because the defendant is still waiting to hear from its carrier whether there is applicable insurance coverage relating to this action and the still existing difficult logistics due to the COVID-19 crisis, which makes communicating in person with its representatives more difficult

and time consuming, one of whom was recently hospitalized, though not due to COVID-19 concerns. It is thus respectfully submitted that good cause, therefore, exists for the granting of this motion.

The undersigned counsel has contacted plaintiff's counsel about this requested extension of time and has obtained plaintiff's counsel's consent to the motion.

Defendant AJ's Apizza, LLC has filed one previous motion for an extension of time with respect to the subject time limitations to respond to the complaint and pending motion and intends to respond to said motion timely but needs more time to respond to the complaint.

                                      **AJ's APIZZA, LLC**

By:      /s/ David C. Pite
David C. Pite ct03495
Pite Law Office LLC
1948 Chapel Street
New Haven, CT 06515
(203) 782-0503 Tel.
(203) 389-8344 Fax
pite@snet.net

**CERTIFICATION OF SERVICE**

     I hereby certify that on June 16, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. I also certify that a copy was served this date on counsel for plaintiff Grand Apizza Shoreline, Inc., Fatima Lahnin, Esq. and Damian K. Gunningsmith, Esq., Carmody Torrance Sandak & Hennessey, 195 Church Street, New Haven, CT 065109-1950, flahnin@carmodylaw.com and dgunningsmith@carmodylaw.com, by email and first class mail, postage prepaid.

                                                                /s/ David C. Pite
                                                 David C. Pite ct03495