**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GRAND APIZZA SHORELINE, INC.,
     Plaintiff,

        v.

A.J.'S APIZZA, LLC d/b/a
GRAND APIZZA DEEP RIVER,
     Defendant.

No. 3:20-cv-00604 (SRU)

## <u>CONFERENCE MEMORANDUM AND ORDER</u>

On June 25, 2020, I held a status conference on the record with Damian Gunningsmith, attorney for the plaintiff, Grand Apizza Shoreline, Inc.; and David Pite, attorney for the defendant, A.J.'s Apizza, LLC.  At the conference, we discussed the pending motion for preliminary injunction (doc. no. 2).  I proposed scheduling a motion hearing on August 17, 2020, and August 18, 2020.  Counsel shall promptly report to Chambers whether those dates are convenient for the parties.

We also discussed the possibility of settling the case early.  I will refer the case to a Magistrate Judge for a settlement conference.  I encouraged the parties to exchange any documentation that may help resolve the preliminary injunction issue and facilitate settlement discussions.  I granted defense counsel's oral motion to extend the answer deadline until after the hearing on the motion for preliminary injunction.  I also stayed the Rule 26(f) Report deadline.

So ordered.

Dated at Bridgeport, Connecticut, this 21th day of July 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge