UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRAND APIZZA SHORELINE, INC. | : |
| | : Case No.: 3:20-cv-00604-SRU |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| AJ'S APIZZA, LLC d/b/a GRAND APIZZA DEEP RIVER | : |
| | : |
| Defendant. | : August 28, 2020 |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly dismiss all claims and counterclaims with prejudice, with each party to bear its own costs and attorneys' fees.

| PLAINTIFF GRAND APIZZA SHORELINE, INC. | DEFENDANT AJ'S APIZZA, LLC |
|---|---|
| /s/ Fatima Lahnin | /s/ David Pite |
| Fatima Lahnin | David C. Pite |
| Federal Bar No. ct24096 | Federal Bar No. ct03495 |
| Damian K. Gunningsmith | Pite Law Office LLC |
| Federal Bar No. ct29430 | 1948 Chapel Street |
| Carmody Torrance Sandak & Hennessey LLP | New Haven, CT 06515 |
| 195 Church Street | Tel.: (203) 782-0503 |
| P.O. Box 1950 | Fax: (203) 389-8344 |
| New Haven, CT 06509-1950 | E-mail: pite@snet.net |
| Tel.: (203) 777-5501 | |
| Fax: (203) 784-3199 | |
| E-mail: flahnin@carmodylaw.com | |
| E-mail: dgunningsmith@carmodylaw.com | |

{N5703945}